# Order

**Lansing, Michigan**

September 16, 2016

Robert P. Young, Jr.,
Chief Justice

Rehearing No. 612

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

150591(83)

INNOVATION VENTURES, L.L.C., d/b/a
LIVING ESSENTIALS,
         Plaintiff-Appellant,

v

        SC: 150591
        COA: 315519
        Oakland CC: 2012-124554-CZ

LIQUID MANUFACTURING, L.L.C., K & L
DEVELOPMENT OF MICHIGAN, L.L.C., LXR
BIOTECH L.L.C., ETERNAL ENERGY, L.L.C.,
ANDREW KRAUSE, and PETER PAISLEY,
        Defendants-Appellees.
_____/

      On order of the Court, the motion for rehearing is considered, and it is DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

September 16, 2016



Clerk